IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Tate, Charles E | Case Number:  08 B 02601 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/24/08 | Filed:  2/5/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  May 8, 2008
Confirmed:  April 3, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 535.00 | |
| Secured: | | 25.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 475.22 |
| Trustee Fee: | | 34.78 |
| Other Funds: | | 0.00 |
| Totals: | 535.00 | 535.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,510.50 | 475.22 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Illinois Title Loans | Secured | 323.27 | 25.00 |
| 4. | America's Servicing Co | Secured | 7,339.78 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 152.48 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 387.94 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 152.37 | 0.00 |
| 8. | Americredit Financial Ser Inc | Unsecured | 2,792.70 | 0.00 |
| 9. | Illinois Title Loans | Unsecured | 101.98 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 206.82 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 771.48 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 315.76 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 604.43 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 69.35 | 0.00 |
| 15. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 16. | Premier Bankcard | Unsecured | | No Claim Filed |
| 17. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 16,728.86 | $ 500.22 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 34.78 |
| | _____ |
| | $ 34.78 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Tate, Charles E | Case Number:  08 B 02601 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/24/08 | Filed:  2/5/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                              Marilyn O. Marshall, Trustee, by:

